

CLERK U.S. DISTRICT COURT

OCT 2 1 2019

CENTRAL DISTRICT OF CALIFORNIA
BY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | | CASE NUMBER |
|---|---|---|
| | PLAINTIFF | 19 MJ 4439 |
| v. | | |
| Deondre Jones | | **ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |
| | DEFENDANT(S). | |

Upon motion of _____Defendant_____, IT IS ORDERED that a detention hearing
is set for _____on Oct. 22_____, _2019_, at _2:00_ ☐ a.m. / ☑ p.m. before the
Honorable _____Eick_____, in Courtroom _342_.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or
_____ and produced for the hearing.
*(Other custodial officer)*

Dated: __10/21/19__        _____
                           U.S. District Judge/Magistrate Judge